Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON JIN SHUN XIE,<br><br>　　　　Defendant. | Case No. CR15-306RAJ<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

THIS ORDER having come before this Court on Defendant Jason Xie's Motion for Early Termination of Supervised Release, and being fully advised in the premises, now therefore

IT IS ORDERED that Defendant's Motion (Dkt. #5) is GRANTED. Defendant Jason Jin Shun Xie's term of supervised release is terminated effective immediately.

DATED this 27th day of January, 2016.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR EARLY TERMINATION
OF SUPERVISED RELEASE - 1